## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| V. | NO.   03-10344 DPW |
| BRUCE GORDON HILL<br>    Defendant | |

### NOTICE TO APPEAR

LAWRENCE P. COHEN, M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for Arraignment in connection with a Superseding Indictment on May 13, 2004 at 3:00 P.M. before Judge LAWRENCE P. COHEN, MJ in Courtroom # 23 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel. If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

TONY ANASTAS,
CLERK OF COURT

By:   /s/ Maria Simeone
Courtroom Deputy

Date: May 6, 2004

Notice mailed/e-mailed to: all counsel

**(Notice to appear.wpd - 7/99)** **[kntchrgcnf.]**

Case 1:03-cr-10344-DPW   Document 4   Filed 05/06/2004   Page 2 of 2