# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE** |
| **V.** | **NO.   03-10344 DPW** |
| **BRUCE GORDON HILL** | |
| **Defendant** | |

### NOTICE OF ARRAIGNMENT

Lawrence P. Cohen, M.J.

      **PLEASE TAKE NOTICE** that the above-entitled case has been set for ARRAIGNMENT on May 12, 2004 at 2:00 P.M. before Judge LAWRENCE P. COHEN, MJ in Courtroom # 23 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

      Please note that the defendant must appear with counsel. If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

      Also note that the defendant must contact the U.S. Pretrial Services Office at (617) 748-9213 at least 72 hours before the above date.

      TONY ANASTAS,
      CLERK OF COURT

Date May 6, 2004      By   /s/ Maria Simeone
      **Courtroom Deputy**

Notice mailed/e-mailed to: all counsel of record

(notice of arraignment.wpd - 7/99)      [kntchrgcnf.]