UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 03-10344-DPW

UNITED STATES OF AMERICA

v.

BRUCE GORDON HILL

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Bruce Gordon Hill.

Respectfully submitted,

*Richard Egbert /TSH*
Richard M. Egbert, BBO 151800
LAW OFFICE OF RICHARD M. EGBERT
99 Summer Street, Suite 1800
Boston, MA 02110
Tel: 617.737.8222

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that I caused the foregoing Notice of Appearance to be served upon Attorney Paul Levenson, by first class mail, this 12th day of May, 2004.

*Richard Egbert /TSH*
Richard M. Egbert