UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 03-10344-DPW

UNITED STATES OF AMERICA

v.

BRUCE GORDON HILL

## MOTION FOR EXTENSION OF TIME

The Defendant, Bruce Hill, respectfully moves for an extension of time as to the filing date for motions and an extension of time to hold the final status conference. In support thereof, Mr. Hill states the following:

1. Defendant's motions are due to be filed by Monday, November 15, 2004;

2. This case is currently scheduled for a final status conference on November 22, 2004;

3. Mr. Hill is in the process of resolving issues pertaining to production of documents;

4. Mr. Hill seeks an interim status conference in 30 days, at which time a scheduling order can be put into place.

The Defendant agrees the time be excluded under the Speedy Trial Act.

WHEREFORE, Defendant Bruce Hill respectfully requests that the interim status conference be extended for a period of 30 days, at which time a scheduling order be issued.

Respectfully submitted,

\_\_\_/s/ Richard M. Egbert_____
Richard M. Egbert, BBO 151800
Patricia A. DeJuneas, BBO 652997
LAW OFFICE OF RICHARD M. EGBERT
99 Summer Street, Suite 1800
Boston, MA 02110
Tel: 617.737.8222

**CERTIFICATE OF SERVICE**

I, Richard M. Egbert, hereby certify that I caused the foregoing Notice of Appearance to be served upon Attorney Paul Levenson, by first class mail, this 15th day of November, 2004.

\_\_\_/s/ Richard M. Egbert_____
Richard M. Egbert