UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No.  03-10344-DPW

UNITED STATES OF AMERICA

v.

BRUCE GORDON HILL

### ASSENTED-TO MOTION FOR EXTENSION OF TIME

Under the current scheduling order, defense motions are due to be filed on Friday, December 10, 2004, and a final status conference is scheduled for December 21, 2004.

Defendant Bruce Hill respectfully moves for a six day extension of time in which to file a motion to dismiss, i.e., until December 16, 2004, and agrees that the time be excluded under the Speedy Trial Act.

The prosecution assents to this motion.

WHEREFORE, Defendant Bruce Hill respectfully requests an extension of time to file motions from Friday, December 10, 2004 to Thursday, December 16, 2004.

Respectfully submitted,

___/s/ Richard M. Egbert_____
Richard M. Egbert, BBO 151800
Patricia A. DeJuneas, BBO 652997
LAW OFFICE OF RICHARD M. EGBERT
99 Summer Street, Suite 1800
Boston, MA 02110
Tel: 617.737.8222

**CERTIFICATE OF SERVICE**

I, Richard M. Egbert, hereby certify that I caused the foregoing Notice of Appearance to be served upon Attorney Paul Levenson, by first class mail, this 10th day of December 2004.

___/s/ Richard M. Egbert_____
Richard M. Egbert