UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10344-DPW

UNITED STATES OF AMERICA

v.

BRUCE GORDON HILL

FINAL STATUS REPORT

December 21, 2004

COHEN, M.J.

A Final Status Conference was held before this court on Tuesday, December 21, 2004, pursuant to the provisions of Local Rule 116.5(A).[1] Based on that conference, this court enters the following report, to wit:

1. All discovery is complete, and a motion to dismiss (# 26) is pending;[2]

2. There will be a trial in this case. The parties estimate that trial will last some 20 trial days;

3. As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned for further proceedings.

*[signature]*

---

[1] The defendant Marshall remains in a fugitive status.

[2] By order of this court on this date, the government's opposition and response to that motion is due on or before January 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE