```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

   v.                                   CRIMINAL NO.
                                         03-10344-DPW

BRUCE GORDON HILL

### NOTICE OF SCHEDULING PRETRIAL CONFERENCE

WOODLOCK, District Judge

   Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **ON JANUARY 21, 2005 AT 2:30 P.M.**, in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock. If the parties seek an ealier pretrial conference date, please advise the court.

   By **JANUARY 17, 2005**, the parties shall, **ELECTRONICALLY,** file a Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; <u>4) whether any defendant requests an interpreter (and state the language requested)</u>, 5) whether any defendant is in federal or state custody or on release, and 6) whether any defendant is a fugitive, and 7) any other matters which should be addressed at the conference.

                                                   BY THE COURT,

                                                  <u>/s/ Michelle Rynne</u>
                                                    Deputy Clerk

DATED: December 23, 2004