UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 03-10344-DPW |
| | ) | |
| BRUCE GORDON HILL, | ) | |
| Defendants. | ) | |
| | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of December 23, 2005, the parties report as follows:

1. Proposed Trial Dates [*note, only the government's preferences are listed*]:
   The United States proposes the following trial dates (in order of preference):
   March 28, April 4, April 11, April 18

2. Defendant's Motion to Dismiss Counts One, Three, Four and Six of the Second Superseding Indictment is pending.

3. The parties do not anticipate that any portion of this case will be resolved short of trial.

4. Defendant does not request any interpreter.

5. No defendant is in custody. Defendant Hill is on release.

6. Defendant Marshall is a fugitive.

Respectfully submitted,

| MICHAEL J. SULLIVAN | BRUCE GORDON HILL |
|---|---|
| United States Attorney | |
| | By: /s/ R ichard M. Egbert by P Levenson |
| By:   /s/ Paul G. Levenson | Richard M. Egbert, Esq. |
| PAUL G. LEVENSON | 99 Summer Street |
| Assistant U.S. Attorney | Boston, MA 02110 |
| John Joseph Moakley U.S. Courthouse | (617) 737-8222 |
| 1 Courthouse Way, Suite 9200 | |
| Boston, MA 02210 | |
| (617) 748-3147 | |

dated:  January 18, 2005