UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>      v. )<br>BRUCE GORDON HILL, )<br>          Defendant. ) | CRIMINAL NO. 03-10344-DPW |

## UNITED STATES' WITNESS LIST

1. JONATHAN LEVITT
   c/o Diana K. Lloyd, Esq.
   Choate, Hall & Stewart
   53 State Street
   Boston, MA 02109-2804
   617.248.5163

2. JUDY O'SHEA (Court Reporter/
   Diversified Reporting Services, Inc.)
   21 Mills Terrace
   Nahant, MA

3. TAMMY BREEN (Court Reporter/
   Diversified Reporting Services, Inc.)
   330 Wares Road
   Ashby, MA

4. SUSAN LOZZI (Court Reporter/
   Diversified Reporting Services, Inc.)
   110 Haverhill Street
   N. Reading, MA

3. VINCENT PARRETT
   Kreindler & Kreindler
   100 Park Avenue
   New York, NY 10017
   212.973.3418

4. MARY JO JOHNSON
   Wilmer Cutler Pickering Hale and Dorr
   60 State Street
   Boston, MA 02109
   617.526.6750

5. CYNTHIA GARRON
   Wilmer Cutler Pickering Hale and Dorr
   60 State Street
   Boston, MA 02109
   617.526.6750

6. STEVE FRANKEL
   c/o Jonathan Shapiro, Esq.
   Wilmer Cutler Pickering Hale and Dorr
   60 State Street
   Boston, MA 02109
   617.526.6224

7. JEFFREY DZIAMA
   11 Longmeadow Road
   Wellesley, MA

8. DOUG BELAIR
   9802 Broadmoor Crossing
   Ijamsville, MD

9. PAUL SAVAGE
   c/o James Rehnquist, Esq.
   Goodwin Proctor
   Exchange Place
   Boston, MA 02109
   617-570-1820

10. RICHARD VATCHER
    c/o Martin Murphy, Esq.
    Foley, Hoag & Eliot
    Boston, MA 02110
    617.951.8877

11. MARK SCHUEPPERT
    c/o Michael T. Gass, Esq.
    Palmer & Dodge LLP
    111 Huntington Avenue At
    Prudential Center
    Boston, MA 02199-7613
    617.239.0343

12. STEVEN PAXHIA
    c/o Robert L. Peabody, Esq.
    Nystrom, Beckman & Paris
    10 St. James Avenue, 16th floor
    Boston, MA 02116
    617 778-9103

13. BETTY SAVAGE
    c/o Richard J. Rosensweig, Esq.
    Goulston & Storrs, PC
    400 Atlantic Ave.
    Boston, MA  02110-3333
    (617) 574-3588

14. PATRICIA ANN MICHAELS
    c/o Richard J. Rosensweig, Esq.
    Goulston & Storrs, PC
    400 Atlantic Ave.
    Boston, MA  02110-3333
    (617) 574-3588

15. ANDREA ROLLER
    Office of the United States Attorney
    District of Massachusetts
    John Joseph Moakley United States
    Courthouse
    1 Courthouse Way, Suite 9200
    Boston, Massachusetts  02210

16. BANK OF AMERICA
    (Record Keeper/Fleet Bank)

17. JEANNE MCKENNA
    c/o Daniel Small, Esq.
    Duane Morris
    200 South Biscayne Blvd.
    Miami, 33131
    305.960.2207

18. ANDREW VRIGIAN
    c/o Thomas L Riesenberg, Esq.
    Ernst & Young LLP
    1225 Connecticut Av., NW
    Washington, DC  20036-2604
    202.327.7605

19. MATTHEW SHEDD
    c/o Thomas L Riesenberg, Esq.
    Ernst & Young LLP
    1225 Connecticut Av., NW
    Washington, DC  20036-2604
    202.327.7605

20. CHAN HONG SAIK
    c/o Thomas Frongillo, Esq.
    Mintz, Levin, Cohn, Ferris, Glovsky
    and Popeo, P.C.
    One Financial Center
    Boston, MA 02111
    617.348.3004

21. LYNDA SCHWARTZ
    c/o Thomas L Riesenberg, Esq.
    Ernst & Young LLP
    1225 Connecticut Av., NW
    Washington, DC  20036-2604
    202.327.7605

22. MARY ELLEN HOKE
    c/o Daniel Small, Esq.
    Duane Morris
    200 South Biscayane Blvd.
    Miami, 33131
    305.960.2207

23. PAUL DEELEY
    c/o Thomas L Riesenberg, Esq.
    Ernst & Young LLP
    1225 Connecticut Av., NW
    Washington, DC  20036-2604
    202.327.7605

24. THOMAS BLAKE
    c/o Thomas L Riesenberg, Esq.
    Ernst & Young LLP
    1225 Connecticut Av., NW
    Washington, DC  20036-2604
    202.327.7605

25. THOMAS HOLLOWAY
    c/o Thomas L Riesenberg, Esq.
    Ernst & Young LLP
    1225 Connecticut Av., NW
    Washington, DC  20036-2604
    202.327.7605

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated:  April 25, 2005

By: /s/ Paul G. Levenson
    PAUL G. LEVENSON
    Assistant U.S. Attorney
    John Joseph Moakley United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3147