UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM. NO. 03-10344-DPW |
| BRUCE GORDON HILL, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' EXHIBIT LIST

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant United States Attorney Paul G. Levenson hereby submit the attached Exhibit List in the above-captioned mater.  The government reserves the right to supplement, modify, or withdraw from this list.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                 By: /s/ Paul G. Levenson
                                    PAUL G. LEVENSON
                                    Assistant U.S. Attorney