UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10344-DPW |
| ) | |
| BRUCE GORDON HILL, ) | |
| ) | |
| Defendants. ) | |

UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

In addition to the Court's customary introduction to the jury, the United States requests that the Court ask prospective jurors the following voir dire questions:

1. Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2. Are you, a family member, or someone close to you involved in the criminal justice system as a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

3. Are you, a family member, or someone close to you employed by any law enforcement agency?

4. Are you, a family member, or someone close to you employed by the law firm of Hale & Dorr?

5. This case involves charges that the defendant participated in a fraudulent scheme in connection with the financial reporting for a corporation known as Inso Corporation, which was located here in Boston. Have you read or heard anything about this matter?

5. Are you familiar with any of the individuals on either the United States' or the defendant's witness lists?

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

dated: April 29, 2005

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3371