UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 03-10344-DPW |
| BRUCE GORDON HILL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only.

Application for Immunity/Compulsion Order

The original documents are maintained in the case file in the Clerk's office.

Date: May 5, 2005          By:  /s/ Paul  G. Levenson
                                PAUL G. LEVENSON
                                Assistant U.S. Attorney
                                John Joseph Moakley
                                  United States Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617) 748-3147