UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BRUCE GORDON HILL, )<br>)<br>Defendant. )<br>) | CRIMINAL NO. 03-10344-DPW |

## APPLICATION FOR IMMUNITY/COMPULSION ORDER
(Paul Savage)

Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring Paul Savage to testify or provide other information as a trial witness in the above-captioned case, within the District of Massachusetts. In support of this application, the Government respectfully alleges as follows:

1.  The United States has subpoenaed Paul Savage as a witness in the trial of the above-captioned case.

2.  It is likely that Paul Savage will refuse to testify or provide other information on the basis of his privilege against self-incrimination.

3.  In the judgment of the United States Attorney, the testimony of Paul Savage may be necessary to the public interest.

4.  This Application is made with the approval of Laura H. Parsky, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and 28 C.F.R. Section

1

0.175(a). A copy of the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto, and incorporated herein.

WHEREFORE, the United States Attorney requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring Paul Savage to give testimony and provide other information relating to all matters about which he may be examined at trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: May 4, 2005

**U.S. Department of Justice**

Criminal Division

Office of the Assistant Attorney General

Washington, DC 20530-0001

APR 18 2005

The Honorable Michael J. Sullivan
United States Attorney
District of Massachusetts
Boston, Massachusetts 02210

Attention: Paul G. Levenson
Assistant United States Attorney

Re: United States v. Bruce Hill

Dear Mr. Sullivan:

Pursuant to the authority vested in me by 18 U.S.C. 6003(b) and 28 C.F.R. 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order pursuant to 18 U.S.C. 6002-6003 requiring Paul Savage to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Christopher A. Wray
Assistant Attorney General

*[signature]*
Laura H. Parsky
Deputy Assistant Attorney General
Criminal Division