UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>BRUCE GORDON HILL,   )<br>)<br>Defendant.      )<br>_____) | CRIMINAL NO. 03-10344-DPW |

## APPLICATION FOR IMMUNITY/COMPULSION ORDER
(Chan Hong Saik)

Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring Chan Hong Saik to testify or provide other information as a trial witness in the above-captioned case, within the District of Massachusetts. In support of this application, the Government respectfully alleges as follows:

1.  The United States has requested Chan Hong Saik to appear as a witness in the trial of the above-captioned case.

2.  It is likely that Chan Hong Saik will refuse to testify or provide other information on the basis of his privilege against self-incrimination.

3.  In the judgment of the United States Attorney, the testimony of Chan Hong Saik may be necessary to the public interest.

4.  This Application is made with the approval of Alice S. Fisher, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and 28 C.F.R. Section

0.175(a). A copy of the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto, and incorporated herein.

WHEREFORE, the United States Attorney requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring Chan Hong Saik to give testimony and provide other information relating to all matters about which he may be examined at trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: May 4, 2005



U.S. Department of Justice

Criminal Division

Office of the Assistant Attorney General

Washington, DC 20530-0001

MAR 26 2003

The Honorable Michael J. Sullivan
United States Attorney
District of Massachusetts
Boston, Massachusetts 02210

Attention Paul G. Levenson
           Assistant United States Attorney

Dear Mr. Sullivan:

   Re: Grand Jury Investigation,
       Bruce Hill, et al.

Pursuant to the authority vested in me by 18 U.S.C. 6003(b) and 28 C.F.R. 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order pursuant to 18 U.S.C. 6002-6003 requiring Chan Hong Saik to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Michael Chertoff
Assistant Attorney General

Alice S. Fisher
Deputy Assistant Attorney General
Criminal Division

TOTAL P.01