SCANNED
DATE:_____
BY:_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
v.                          )    CRIMINAL NO. 03-10344-DPW
                            )
BRUCE GORDON HILL,          )
                            )
        Defendant.          )
_____)

## ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring Chan Hong Saik to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1.    Chan Hong Saik has been requested to testify as a witness in the trial of the above-captioned case;

2.    It is likely that Chan Hong Saik will refuse to testify or provide other information on the basis of his privilege against self-incrimination;

3.    In the judgment of the United States Attorney, the testimony of Chan Hong Saik may be necessary to the public interest; and

4.    The Application filed herein has been made with the approval of Alice S. Fisher, Deputy Assistant Attorney General of the Criminal Division of the United States Department of

Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section 0.175(a).

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that Chan Hong Saik shall give testimony and provide other information as to all matters about which he may be examined at trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Chan Hong Saik in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

DOUGLAS P. WOODLOCK
United States District Judge

DATE: May 5, 2005