FILED
Clerk's Office
USDC, Mass.
Date 5-17-05
By mR
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America, ) | |
| ) | C.A. No. 03-10344-DPW |
| v. ) | |
| Bruce Gordon Hill, ) | |
| Defendant. ) | |

## MOTION TO QUASH TRIAL SUBPOENA SERVED ON THOMAS C. FRONGILLO, ESQ.

Yesterday, on May 16, 2003 at 3 p.m., counsel for Defendant Bruce Gordon Hill ("Mr. Hill") served a subpoena (the "Subpoena") on Thomas C. Frongillo, Esq., counsel for a trial witness, Chan Hong Saik ("Mr. Chan"), commanding attendance at trial today, May 17, by Attorney Frongillo at trial and production today of Attorney Frongillo's entire file regarding his representation of his client. Attorney Frongillo's client testified yesterday, on May 16, 2005. The Subpoena is quite broad, as it seeks, without restriction,

> "[a]ny and all files relating to Chan Hong Saik, including all correspondence with Government attorneys, including but not limited to attorneys for the SEC and the U.S. Attorneys Office."

See Exhibit A, Subpoena dated May 16, 2005.

Attorney Frongillo will produce, as requested, "all correspondence with the Government attorneys, including but not limited to attorneys for the SEC and U.S. Attorneys Office" regarding his representation of his client in this matter. With respect to "files relating to Chang Hong Saik", however, Attorney Frongillo will produce all files,

and documents within such files, only to the extent that responsive documents are not subject to the attorney-client privilege or not protected by the work-product doctrine. Attorney Frongillo respectfully requests that the Court quash the Subpoena with respect to documents and communications protected by the attorney-client privilege and the work-product doctrine. In support of this Motion, Attorney Frongillo submits the accompanying Memorandum.

                                         MINTZ LEVIN COHN FERRIS
                                         GLOVSKY AND POPEO, P.C.

                                         _____
                                         Patrick J. Sharkey, BBO# 454820
                                         M. Elizabeth Gomperz, BBO# 651115
                                         MINTZ LEVIN COHN FERRIS
                                         GLOVSKY AND POPEO, P.C.
                                         One Financial Center
                                         Boston, MA 02111
                                         617-542-6000

Dated: May 17, 2005.

## CERTIFICATE OF SERVICE

    I, M. Elizabeth Gomperz, served a copy of the foregoing on counsel of record, by hand, on this day, the 17th of May, 2005.

    Richard M. Egbert, Esq.
    99 Summer Street
    Suite 1800
    Boston, MA 02110

    Paul G. Levenson, Esq.
    Assistant U.S. Attorney
    U.S. Attorney's Office
    One Courthouse Way
    Suite 9200
    Boston, MA 02210

_____
M. Elizabeth Gomperz

LIT 1521222v1

05/16/2005 14:36 FAX 6177378223    RICHARD EGBERT                    ☒003/003

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    Massachusetts

United States of America

V.                                  **SUBPOENA IN A CRIMINAL CASE**

Bruce Gordon Hill                   Case Number: 03-10344-DPW

TO:

Thomas C. Frongillo, Esq.
Mintz, Levin, Cohen
1 Financial Center
Boston, MA 02111

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Boston, MA 02110 | 1, 3rd Floor |
| | DATE AND TIME |
| | 9:00 am 5/17/05 |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

  Any and all files relating to Chan Hong Saik, including all correspondence with the Government attorneys, including but not limited to attorneys for the SEC and U.S. Attorneys Office.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

  Richard M. Egbert, 99 Summer Street, Suite 1800, Boston, MA 02110  (617) 737-8222