AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
### DISTRICT OF MASSACHUSETTS

US  v.  Bruce Hill

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03-10344

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Woodlock | Levinson | Egbert |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-2-05 | | M. Rynne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5-3-05 | | | Jonathan Levitt |
| | | 5-4-05 | A | | ~~Memorandum~~ Jonathan Levitt (continued) |
| | | 5-5-05 | | | Jonathan Levitt (continued) |
| ✓ | | 5-5-05 | | | Vincent Panett |
| | | 5-9-05 | | | "        "   (continued) |
| ✓ | | 5-9-05 | | | Paul Savage |
| | | 5-10-05 | | | "        "   (continued) |
| | | 5-11-05 | | | "        "   (continued) |
| ✓ | | " | | | Richard Vatcher |
| ✓ | | 5-12-05 | | | "        "   (continued) |
| ✓ | | 5-13-05 | | | Jeanne McKenna |
| ✓ | | 5-16-05 | | | Chan Hong Souk |
| | | 5-17-05 | | | "        "        "   (continued) |
| | | 5-18-05 | | | "        "        "   (continued) |
| | | 5-19-05 | | | "        "        "   (continued) |
| ✓ | | " | | | Andrea Roller |
| ✓ | | " | | | Andrew Vrigian |
| | | 5-20-05 | | | "        "   (continued) |
| | | 5-23-05 | | | Andrew Vrigian (continued) |
| ✓ | | " | | | Steven Frankel |
| ✓ | | 5-25-05 | A | | Mary Jo Johnson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages