AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

US    v. Bruce Hill

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03-10344

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Woodlock | Levonson | Egbert |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/2 – 6/6/05 | Roem Owens / Valerie O'Hara | Rynne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ~~✓~~ | | ~~5-3-05~~ | | ~~7~~ | ~~Article re: market performance of Enso~~ not admitted |
| ✓ | | 5-3-05 | | 17 | emails – 3/5/98 |
| ✓ | | 5-3-05 | | 32 | emails – 9/11/98 |
| ✓ | | 5-3-05 | | 36 | emails – 9/23/98 |
| ✓ | | 5-3-05 | | 37 | emails – 9/23/98 |
| ✓ | | 5-3-05 | | 40 | email 9/28/98 |
| ✓ | | 5-3-05 | | 43 | email 9/29/98 |
| ✓ | | 5-3-05 | | 71 | email 10/1/98 |
| ✓ | | " | | 72 | email 10/1/98 |
| ✓ | | " | | 76 | email 10/6/98 |
| ✓ | | " | | 77 | email 10/7/98 |
| ✓ | | " | | 110 | email 11/10/98 |
| ✓ | | " | | 120 | email 11/24/98 |
| ✓ | | " | | 124 | email 12/3/98 |
| ✓ | | " | | 127 | letter from G. Marshall 12/3/98 |
| ✓ | | " | | 137 | email 12/17/98 |
| ✓ | | " | | 200 | fax w/attachment 12/30/98 |
| ✓ | | 5-4-05 | | 2 | '95 Distribution Agreement |
| ✓ | | " | | 207 | '98 fax/letter from Levett to Hill |
| ✓ | | " | | 213 | '98 Opinion of Counsel |
| ✓ | | " | | 215 | certificate of secretary |
| ✓ | | | | 205 | email 12/30/98 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST - CONTINUATION**

|  |  |  | VS. |  | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| ✓ |  | 5-4-05 | 204 | ✓ | email 12/30/98 |
| ✓ |  | " | 214 | ✓ | final version International Distributor Agreement |
| ✓ |  | 5-4-05 | 216 | ✓ | email 12/31/98 |
| ✓ |  | " | 217 | ✓ | OEM Agreement |
| ✓ |  | " | 219 | ✓ | email 12/31/98 |
| ✓ |  | " | 222 | ✓ | email 12/31/98 |
| ✓ |  | " | 223 | ✓ | email 12/31/98 |
| ✓ |  | " | 224 | ✓ | email 12/31/98 |
| ✓ |  | " | 240 | ✓ | email 1/4/99 |
| ✓ |  | " | 243 | ✓ | email 1/5/99 |
| ✓ |  | " | 244 | ✓ | ~~email~~ 1/5/99 fax |
| ✓ |  | " | 245 | ✓ | email 1/5/99 |
| ✓ |  | " | 246 | ✓ | email 1/5/99 |
| ✓ |  | " | 249 | ✓ | email 1/6/99 |
| ✓ |  | " | 363 | ✓ | letter 12/17/99 |
|  | ✓ | " | 211 | ✓ | ~~fax w/letter~~ 1/13/99 12/31/98 Standby Letters of Credit |
|  | ✓ | " | 264 | ✓ | fax w/letter 1/13/99 LC ~~actms~~ ammendment |
|  | ✓ | " | 273 | ✓ | fax w/letter 1/22/99 Amendment to LC |
|  | ✓ | " | A |  | FOR ID ONLY - memorandum Hale + Don 2/99 re: J. Levitt |
|  | ✓ | " | 369 | ✓ | Email of 2/1/99 |
| ✓ |  | 5-5-05 | 210 | ✓ | 12/31/98 P. Michaels letter to Fleet |
| ✓ |  | " | 348 | ✓ | 2/21/99 Minutes of Board of Directors Meeting |
| ✓ |  | " | 251 | ✓ | 1/6/99 email |
| ✓ |  | " | 252 | ✓ | 1/6/99 email |
| ✓ |  | " | 255 | ✓ | 1/9/99 email |
| ✓ |  | " | 258 | ✓ | 1/9/99 email |
| ✓ |  | " | 260 | ✓ | 1/10/99 email |

Page 2 of 8 Pages

AO 187A (Rev. 7/87)       **EXHIBIT AND WITNESS LIST - CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5-9-05 | B | | for ID ONLY - original notes of V. Parrett |
| ✓ | | " | 16 | ✓ | Worldwide Sales Qtrl TopTen/upside Summary |
| ✓ | | " | 25 | ✓ | 4/5/98 email |
| ✓ | | " | 29 | ✓ | 8/4/98 Powerpoint Presentation |
| ✓ | | " | 33 | ✓ | 9/17/98 Powerpoint Presentation |
| ✓ | | " | 38 | ✓ | 9/24/98 email |
| ✓ | | " | 42 | ✓ | email |
| ✓ | | " | 62 | ✓ | 9/30/98 email |
| ✓ | | 5-10-05 | 63 | ✓ | 10/1/98 fax |
| ✓ | | " | 64 | ✓ | 9/30/98 executed purchase order |
| ✓ | | " | 66 | ✓ | 9/30/98 fax |
| ✓ | | " | 90 | ✓ | 10/25/98 email |
| ✓ | | " | 96 | ✓ | 10/29/98 email |
| ✓ | | " | 104 | ✓ | 11/10/98 Qtrly topten Committee upside |
| ✓ | | " | 111 | ✓ | 11/11/98 email |
| ✓ | | " | 114 | ✓ | 11/14/98 email |
| ✓ | | " | 1 | | Note Book (not yet admitted) |
| ✓ | | " | 130 | ✓ | 12/11/98 email |
| ✓ | | " | 146 | ✓ | 12/25/98 email |
| ✓ | | " | 152 | ✓ | 12/24/98 email |
| ✓ | | " | 164 | ✓ | 12/27/98 email |
| ✓ | | " | 165 | ✓ | 12/27/98 email |
| ✓ | | " | 163 | ✓ | 12/27/98 email |
| ✓ | | " | 169 | ✓ | 12/27/98 email |
| ✓ | | " | 236 | ✓ | 1/4/99 email |
| ✓ | | " | 238 | ✓ | 1/4/99 email |
| ✓ | | " | 241 | ✓ | 1/4/99 email |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

|  | vs. |  |  |  | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| ✓ |  | 5-10-05 | 237 | ✓ | 1/4/99 email |
| ✓ |  | " | 265 | ✓ | 1/15/99 email |
| ✓ |  | 5-11-05 | 122 | ✓ | 11/25/99 email |
|  | ✓ | " | 221 | ✓ | 12/31/98 fax copy of check |
| ✓ |  | " | 68 | ✓ | 9/30/98 email |
| ✓ |  | " | 69 | ✓ | 10/1/98 email |
| ✓ |  | " | 97 | ✓ | 10/30/98 email |
| ✓ |  | " | 98 | ✓ | 10/30/98 email |
| ✓ |  | " | 102 | ✓ | 11/10/98 email |
| ✓ |  | " | 116 | ✓ | 11/16/98 email |
| ✓ |  | " | 121 | ✓ | 11/25/98 email |
| ✓ |  | " | 125 | ✓ | 12/1/98 email |
| ✓ |  | " | 128 | ✓ | 12/7/98 email |
| ✓ |  | " | 129 | ✓ | 12/8/98 email |
| ✓ |  | " | 131 | ✓ | 12/11/98 email |
| ✓ |  | " | 147 | ✓ | 12/25/98 email |
| ✓ |  | " | 149 | ✓ | 12/25/98 email |
| ✓ |  | " | 173 | ✓ | 12/28/98 email |
| ✓ |  | " | 270 | ✓ | 1/18/99 email |
| ✓ |  | " | 291 | ✓ | 1/24/99 email |
| ✓ | ✓ | " | 370 | ✓ | Richard Vatcher plea agreement |
| ✓ | ✓ | 5-12-05 | 371 | ✓ | 12/7/98 email |
|  | ✓ | " | C ID | | 302 - 5/13/03 Agent Carazza |
|  | ✓ | " | D ID | | 302 9/25/03 Agent Carazza |
|  | ✓ | " | E ID | | 302 10/8/03 Agent Carazza |
| ✓ |  | " | 118 | ✓ | 11/21/98 email |
| ✓ |  | " | 124 | ✓ | 12/1/98 email |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

|  | | VS. | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| ✓ | | 5-12-05 | 372 | ✓ | 12/11/98 email |
| ✓ | | 5-12-05 | 138 | ✓ | 12/12/98 email |
| ✓ | | " | 143 | ✓ | 12/23/98 email |
| ✓ | | " | 151 | ✓ | 12/24/98 email |
| ✓ | | " | 373 | ✓ | 1/21/98 fax cover sheet |
| ✓ | | " | 374 | ✓ | 1/21/99 fax cover sheet (Pearson) |
| ✓ | | " | 375 | ✓ | 1/26/99 fax cover sheet |
| ✓ | | " | 376 | ✓ | letter |
| ✓ | | | 117 | ✓ | 11/21/98 email |
| ✓ | | 5-13-05 | 100 | ✓ | 11/2/98 email |
| ✓ | | " | 94 | ✓ | 10/26/98 email |
| ✓ | | " | 89 | ✓ | 10/20/98 email |
| ✓ | | " | 134 | ✓ | 12/13/98 email |
| ✓ | | " | 135 | ✓ | 12/16/98 email |
| ✓ | | " | 136 | ✓ | 12/17/98 email |
| ✓ | | " | 139 | ✓ | 12/17/98 email |
| ✓ | | " | 201 | ✓ | 12/30/98 fax - Functional Specification for Dynatax |
| ✓ | | " | 142 | ✓ | 12/22/98 email |
| ✓ | | " | 144 | ✓ | 12/23/98 email |
| ✓ | | " | 148 | ✓ | 12/25/98 email |
| ✓ | | " | 150 | ✓ | 12/25/98 email |
| ✓ | | " | 175 | ✓ | 12/28/98 email |
| ✓ | | " | 198 | ✓ | 12/30/98 powerpoint presentation |
| ✓ | | " | 271 | ✓ | 12/27/98 email |
| ✓ | | " | 248 | ✓ | 1/04/99 email |
| ✓ | | " | 250 | ✓ | 1/6/99 email |
| ✓ | | " | 186 | ✓ | 12/29/98 email |
| ✓ | | " | 242 | ✓ | 1/4/99 letter |

Page 5 of 8 Pages

AO 187A (Rev. 7/87)
## EXHIBIT AND WITNESS LIST - CONTINUATION

| | | VS. | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| ✓ | | 5-13-05 | 325 | ✓ | 1/26/99 email |
| ✓ | | 5-13-05 | 196 | ✓ | 12/30/98 Markup Inso License Agreement |
| ✓ | | 5-13-05 | 377 | ✓ | 2/5/99 email |
| | | 5-16-05 | F | ID | letter of 4/6/05 to Mr Levonson re: demand for Docs. |
| ✓ | | " | 93 | ✓ | 10/26/05 email |
| ✓ | | " | 187 | ✓ | 12/29/98 email |
| ✓ | | " | 189 | ✓ | 12/29/98 email |
| ✓ | | " | 206 | ✓ | 12/30/98 fax executed Agreement |
| ✓ | | " | 193 | ✓ | 12/30/98 fax |
| ✓ | | " | 220 | ✓ | 12/31/98 fax log |
| ✓ | | " | 218 | ✓ | 12/31/98 fax to RHB Bank |
| ✓ | | " | 231 | ✓ | 12/31/98 email |
| ✓ | | " | 299 | ✓ | 1/26/99 United Overseas Bank notice |
| ✓ | | " | 303 | ✓ | 1/25/99 emails |
| ✓ | | " | 353 | ✓ | 9/4/99 email |
| | ✓ | 5-17-05 | 378 | ✓ | letter from Mr. Egbert to Mr. Levonson re: demand |
| | ✓ | " | 361 | ✓ | Immunity Agreement re: Mr. Chan |
| | ✓ | " | 379 | ✓ | 9/14/99 letter to UOB |
| | ✓ | " | 380 | ✓ | 12/14/98 email to Jeanne McKenna from Tim Yoon |
| | ✓ | " | 67 | ✓ | 9/30/98 email |
| | ✓ | " | 48 | ✓ | 9/30/98 journal of faxes. |
| | ✓ | " | G | ID | Hale + Dorr memo |
| | ✓ | 5-18-05 | 345 | ✓ | 2/4/99 email |
| | ✓ | " | 330 | ✓ | 1/29/99 email |
| | ✓ | " | 381 | ✓ | 2/8/99 email |
| | ✓ | " | 382 | ✓ | letter of 4/9/03 re SEC Immunity |
| | ✓ | 5-18-05 | 383 | ✓ | Re: Distributor Agreement letter to Mr. Chan letter. |

Page 6 of 8 Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST - CONTINUATION**

_____ vs. _____   CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 5-18-05 | 384 | ✓ | Re: P.O. letter 9/14/99 to M. Chen |
| ✓ |  | 5-19-05 | 385 | ✓ | Time Zone Converter |
| ✓ |  | " | 234 | ✓ | Fleet Collection Receipt |
| ✓ |  | " | 235 | ✓ | 12/31/98 RHB Bank cashiers check |
| ✓ |  | " | 222 | ✓ | 1/22/99 RHB Bank Re-print for Cheque collection |
| ✓ |  | " | 331 | ✓ | 1/29/99 Fleet collection tracer |
| ✓ |  | " | 349 | ✓ | 4/1/99 Fleet foreign draft collection Dept |
| ✓ |  | " | 112 | ✓ | 11/13/98 SEC form 10-Q - Insc Q3 1998 |
| ✓ |  | " | 123 | ✓ | 11/30/98 SEC form 4 Statement of Ben. Ownership - Hill |
| ✓ |  | " | 34 | ✓ | stock prices |
|  | ✓ | " | 386 | ✓ | '99 Stock prices |
| ✓ |  | " | 365 | ✓ | Value of Hill Insc Stock/Options as of 11/30/98 |
| ✓ |  | " | 91 | ✓ | 10/29/98 Audit planning letter |
| ✓ |  | " | 281 | ✓ | Audit Papers - AR Circularization |
| ✓ |  | " | 282 | ✓ | Audit Papers - LT Receivable Chart |
| ✓ |  | " | 247 | ✓ | 1/6/99 email |
| ✓ |  | 5-20-05 | 271 | ✓ | Ernst & Young - Insc Revenue transactions |
| ✓ |  | " | 293 | ✓ | 1/24/99 email |
| ✓ |  | " | 294 | ✓ | 1/24/99 email |
| ✓ |  | " | 295 | ✓ | 1/24/99 fax to M. Shedd re: HHP Distrib Agreement |
| ✓ |  | " | 296 | ✓ | 1/25/99 Vrignan memo to T. Most |
| ✓ |  | " | 300 | ✓ | 1/26/99 E+Y audit work paper - copy of check |
| ✓ |  | " | 329 | ✓ | spreadsheet |
|  | ✓ | " | 290 |  | Marked for ID |
|  | ✓ | " | H |  | Hale + Dorr letter |
| ✓ |  | " | 387 | ✓ | 1/11/99 email re: wiring instruction |
| ✓ |  | " | 388 | ✓ | 7/5/00 E+Y letter |

Page 7 of 8 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

|  | vs. |  |  |  | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| ✓ |  | 5-20-05 | 326 | ✓ | 1/26/99 wire transaction report |
| ✓ |  | 5-20-05 | I |  | 3/20/99 letter |
| ✓ |  | 5-23-05 | 261 | ✓ | 1/11/99 email |
| ✓ |  | " | 85 | ✓ | 10/15/98 3Com Press release |
| ✓ |  | " | 352 | ✓ | O'Neal chart |
| ✓ |  | 5-24-05 | J | ID | Transcripts of Bruce Hill testimony |
| ✓ |  | " | K | ID | before SEC                  9/6/2000 |
| ✓ |  | " | L | ID |                             11/9/2000 |
| ✓ |  | " | 1 | ✓ | Portions of Notebook |
| ✓ |  | 5-25-05 | 290A | ID | Color copy of E+Y Document (w/handwriting) |
| ✓ |  | 5-25-05 | 369 | ✓ | Board of Directors minutes 4-16-99 |
| ✓ |  | " | 390A | ✓ | " N+D 2/11/99 |
| ✓ |  | " | 390B | ✓ | letter 2/18/99 |

Page 8 of 8 Pages