US v. Bruce G. Hill, Cr. no. 03-10344-DPW

*Admitted*

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 001 | Bruce Hill's NOTEBOOK | | | G | |
| 002 | Distribution Agreement, Electronic Book Technologies, Inc. & Hong Hong Printing, 6/30/1995 | | | G | 5/4/05 |
| 003 | Invoices from Hong Hong Printing to EBT (Miscellaneous dates: 6/30/95-9/12/95) | | | | |
| 004 | 2/19/97 Adams, Harkness & Hill Maintenance/Update Re: Now is the Time | | | | |
| 005 | 3/11/97 Adams, Harkness & Hill Maintenance/Update Re: Buy Now | | | | |
| 006 | 7/3/97 Adams, Harkness & Hill Change in Recommendation re: The Breaking of a Franchise | | | | |
| 007 | Boston Herald Finance Section: Article, "Inso Stock Plummets 47 Percent" - 07/04/1997 | | 5-3-05 | G | not admitted |
| 008 | 7/10/97 Adams, Harkness & Hill Change in Estimate re: Estimate Reduction | | | | |
| 009 | 7/21/97 Adams, Harkness & Hill Maintenance/Update re: Management Change | | | | |
| 010 | 7/22/97 Adams, Harkness & Hill Change in Estimate re: Q2 Reported | | | | |
| 011 | 10/21/97 Adams, Harkness & Hill Change in Recommendation re: Q2 Reported | | | | |
| 012 | 10/27/97 SOP 97-2 Software Revenue Recognition | | | | |
| 013 | 2/4/98 Adams, Harkness & Hill Earnings Report re: On Target | | | | |
| 014 | 2/27/98 Memorandum from Paul Savage to Richard Vatcher re: Market Adjustment 1998 | | | | |
| 015 | 3/4/98 Board of Directors Minutes | | | | |
| 016 | Worldwide Sales Quarter 1 Top Ten Upside Summary | | ✓ | G | 5-9-05 |
| 017 | SEC Exh. 49, multiple emails 03/05/1998 | | 5-3-05 | G | 5-3-05 |
| 018 | Proposed Wording for INSO/TSG Agreement by 3/27/97 | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 019 | 4/22/98 Adams, Harkness & Hill Change in Estimate re: Quarter Ahead of Expectations | | | | |
| 020 | email, 4/22/1998 Bruce Hill to Joseph Aleardi "Sabre Opportunity Review" | | | | |
| 021 | 5/1/98 Inso Corporation Company Update by BT Alex Brown | | | | |
| 022 | Inso Corporation Revenue Recognition Overview May 5, 1998 | | | | |
| 023 | 5/31/98 Adams, Harkness & Hill Maintenance/Update re: No Near-Term Visibility | | | | |
| 024 | Email, 06/05/1998, Tony Borgasano to Bruce Hill cc: Joseph Aleardi, Paul Savage, Jeffrey Dziama, Wesley Hair re: Monday Meeting | | | | |
| 025 | Email, 6/5/98, Bruce Hill to Tony Borgasano re: Monday Meeting | | | 6 | 5-9-05 |
| 026 | 7/9/98 Inso Corporation Rating:Buy NationsBanc Montgomery by analyst Greg Vogel | | | | |
| 027 | 7/10/98 Adams, Harkness & Hill Datagraph of Inso stock price | | | | |
| 028 | 7/17/98 Adams, Harkness & Hill Earnings Report re: Upside Surprise | | | | |
| 029 | Inso Corporation Sales and Service Board of Directors Meeting 8/6/98, Powerpoint Presentation by Paul Savage and Elaine Ouellette | | | 6 | 5-9-05 |
| 030 | 08/06/1998 Adams, Harkness & Hill Maintenance/Update re: Best Seminar Pick | | | | |
| 031 | Dow Jones Newswires 8/27/98 | | | | |
| 032 | Email, 9/11/98 4:41 p.m. Joseph Aleardi to Jonathan Levitt re: : The Vanguard Group Non-disclosure agreement | | | 6 | 5-3-05 |
| 033 | Inso Sales and Service Board of Directors Meeting September 17, 1998 - Paul Savage | | | 6 | 5-9-05 |
| 034 | IDD Information Services, Tradeline Inso Corporation (1/13/97 through 2/5/99) | | | 6 | 5-13-05 |
| 035 | Email, 9/21/98 10:56 a.m., Tony Borgasano to Jeffrey Dziama re: Q3 Update with handwritten notations | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 036 | Email, 9/23/98 6:34 p.m. Jonathan Levitt to Jeffrey Vogel cc: Graham Marshall re: Sabre | | | 6 | 5-3-05 |
| 037 | Email 9/23/98 8:14 p.m. Jonathan Levitt to various recipients re: revised agreement | | | 6 | 5-3-05 |
| 038 | Email, 9/24/98 11:59 a.m. Tony Borgasano to Paul Savage, Bruce Hill, Jeffrey Dziama and Joseph Aleardi attaching email from Grant Woldrum (US Air/Sabre). | | | 6 | 5-9-05 |
| 039 | Quarter 3 Opportunities Recorded through 9/25 (updated 11:15 a.m.) | | | | |
| 040 | Email, 9/28/98 Jonathan Levitt to Bruce Hill re: Sabre Letter (with attached letter) | | | 6 | 5/3/05 |
| 041 | Quarter 3 Opportunities Recorded through 9/29 (updated 9:00 am) | | | | |
| 042 ⁊ | Email, 9/29/98 9:09 a.m. James Baker to Joseph Aleardi re: Feedback from General Dynamics on US Air | | | 6 | 5/9/05 |
| 043 | Email, 9/29/98 8:00 p.m. Bruce Hill to Betty Savage re Revised Agreement | | | 6 | 5/3/05 |
| 044 | Email, 9/29/98 10:03 p.m. Paul Savage to Jeffrey Dziama copy Bruce Hill re: feedback from General Dynamics on USAir. | | | | |
| 045-47 | no exhibit | | | | |
| 048 | 9/30/98 Journal of faxes | | | D | 5-17-05 |
| 049 | no exhibit | | | | |
| 050 | no exhibit | | | | |
| 051 | 09/30/1998 7:31 a.m. Email, Bruce Hill to Paul Savage copy Jeffrey Dziama re Feedback from General Dynamics on USAir | | | | |
| 052-59 | no exhibit | | | | |
| 060 | Email, 09/30/1998 8:12 a.m. Betty Savage to Patricia Ann Michaels re: Revised Agreement, with the Sabre Group, Inc. Standard Purchasing Contracts (markup). | | | | |
| 061 | no exhibit | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 062 | Email, 09/30/1998 9:12 p.m. Bruce Hill to Patricia Ann Michaels re: PO for US Airways Deal and attached Purchase Order | | | G | 5-9-05 |
| 063 | 10/1/98 9:51 a.m., Fax Cover Letter to Graham Marshall from Chan Hong Saik enclosing Purchase Order<br><br>9/30/98 9:51 a.m./9:40 p.m. Fax of Purchase Order for software product | | | G | 5-10-05 |
| 064 | 09/30/1998 9:50 p.m. executed Sep. 30 purchase order with attached document containing handwritten calculations. | | | G | 5-10-05 |
| 065 | no exhibit | | | | |
| 066 | 09/30/1998 9:55 p.m. Inso Corporation fax cover sheet marked "Urgent" from Seth Fisher to Chan Hong Saik with Packing Slip; and email, 9/30/98, from Seth Fisher to Chan Hong Saik cc: cmb@eps.inso.com, Patricia Ann Michaels re: Inso FTP: Dynabase 3.0 | | | G | 5-10-05 |
| 067 | 9/30/98 9:57 p.m. Email from Seth Fisher to Chan Hong Saik cc: Patricia Ann Michaels, Chris Burns bcc: Patricia Ann Michaels re: Inso FTP: DynaText 4.0.1 and DynaWeb 4.0.1. | | | D | 5-17-05 |
| 068 | 9/30/98 10:42 p.m. Email from Richard Vatcher to Gerard Houlou, Matt Park, Paul Smith, Richard Swann, Hans-Peter Fuelle re: We are real close. | | | G | 5-11-05 |
| 069 | 10/1/98 6:17 a.m. Email from Gerard Houlou to Richard Vatcher cc: Matt Park, Paul Smith, Richard Swann, Hans-Peter Fuelle re: We are real close. #2 | | | G | 5-11-05 |
| 070 | 10/1/98 7:25 a.m. Email from Richard Vatcher to Gerard Houlou, Matt Park, Paul Smith, Richard Swann, Hans-Peter Fuelle re: We are real close. #2 | | | | |
| 071 | 10/1/98 9:30 a.m. Email Tony Borgasano to Paul Savage Bruce Hill, Jonathan Levitt, Jeffrey Dziama and Joseph Aleardi re: INSO-SABRE Future Business Opportunities. | | | G | 5/3/05 |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 072 | 10/1/98 9:44 a.m. Email, Jonathan Levitt to Bruce Hill, Paul Savage, Jeffrey Dziama, Joseph Aleardi and Tony Borgasano re: Your 9/28 letter | | | G | 5/3/05 |
| 073 | 10/02/1998 10:09 a.m. Email, Bruce Hill to Betty Savage, Richard Vatcher and Matt Park re: For Mark Mcgwire read Mark Hampshire!! | | | | |
| 074 | 10/02/1998 10:03 a.m. Email Betty Savage to Steven Vana-Paxhia and Bruce Hill forwarding Price Waterhouse update re: SEC Initiatives Relating to Earnings Management | | | | |
| 075 | 10/06/1998 Email, James Dildine to Patricia Ann Michaels copy Betty Savage re: Commission on JASC and Hong Hong Deals. | | | | |
| 076 | 10/06/1998 4:41 p.m. Email, Jonathan Levitt to Paul Savage, Jeffrey Dziama, Bruce Hill, Tony Borgasano and Joseph Aleardi re: Sabre | | | G | 5/3/05 |
| 077 | 10/07/1998 5:12 email Jonathan Levitt to Paul Savage, Jeffrey Dziama, Bruce Hill, Tony Borgasano and Joseph Aleardi re: Pilot Agreement Extension | | | G | 5/3/05 |
| 078-80 | no exhibit | | | | |
| 081 | 10/07/1998 Email, Betty Savage and Patricia Ann Michaels with attached PowerPoint Presentation regarding Revenue Recognition Overview for Sales Staff | | | | |
| 082 | 10/08/1998 Inso Corporation Six Month International Distributor Agreement with LA-Net.com | | | | |
| 083 | 10/15/1998, Email, Patricia Ann Michaels to Betty Savage re: DSO | | | | |
| 084 | 10/15/1998 "October 15, 1998 Conference Call" script. | | | | |
| 085 | 10/15/1998 Third Quarter Results Press Release | | | G | 5-23-05 |
| 086 | 10/15/1998 5:20 p.m. Email from Michael Wheeler to Universe forwarding excerpt of Inso's Q-3 Earnings Press Release | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 087 | 10/15/1998 7:14 p.m., Adams, Harkness & Hill Change in Recommendation re: Strong Q3 | | | | |
| 088 | Eastern Region 10/19/1998, Q4 | | | | |
| 089 | 10/20/1998, Chan Hong Saik letter to Graham Marshall regarding Business Relationship | | | 6 | 5-13-05 |
| 090 | 10/25/1998 10:56 p.m., Chan Hong Saik email to Graham Marshall re: Remittance | | | G | 5-10-05 |
| 091 | Audit Planning Letter - 10/29/1998 | | | 6 | 5-19-05 |
| 092 | email, 10/26/1998, 6:42 a.m. Chan Hong Saik to Graham Marshall re: Remittance | | | | |
| 093 | 10/26/1998 4:34 p.m., Graham Marshall email to Chan Hong Saik re: Visit | | | 6 | 5-16-05 |
| 094 | 10/26/1998 7:48 p.m., Chan Hong Saik email to Graham Marshall re: e-BX. | | | 6 | 5-13-05 |
| 095 | 10/28/1998 12:13 p.m., Graham Marshall email to Chan Hong Saik re: e-Bx. | | | | |
| 096 | 10/29/1998 11:57 a.m., Graham Marshall email to Richard Vatcher, Michaels Hardiman copy Paul Savage, Sebastian Hoist, Ladd Bodem, re: DynBase/IBM Global Services and e-BX. | | | 6 | 5-10-05 |
| 097 | 10/30/1998 4:08 p.m., Richard Vatcher email to Graham Marshall copy Jeanne McKenna re: DynBase/IBM Global Services and e-BX. | | | 6 | 5-11-05 |
| 098 | 10/30/1998 4:39 p.m., Graham Marshall email to Richard Vatcher re: DynBase/IBM Global Services and e-BX. | | | 6 | 5-11-05 |
| 099 | Q3 Forecast, Quota vs Actual Analysis by Group, 11/02/1998 | | | | |
| 100 | 11/02/1998, Richard Vatcher email to Jeanne McKenna copy Mary Ellen Hoke re Hong Hong contact details; DynaBase/IBM Global Services and e-BX. | | | 6 | 5-13-05 |
| 101 | no exhibit | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 102 | 11/02/1998 7:26 a.m., Graham Marshall email to Richard Vatcher Re: Hong Hong contact details..DynaBase/IBM Global Services and e-BX. | | | 6 | 5-11-05 |
| 103 | no exhibit | | | | |
| 104 | Quarterly Business Detail Worldwide Top Ten Commit's and Upside 11/10/1998 | | | 6 | 5-10-05 |
| 105-109 | no exhibit | | | | |
| 110 | 11/10/1998 1:10 p.m., James Dildine email to Patricia Ann Michaels copy Jonathan Levitt, Chris Burns, Michele Hallenbrook re Hong Hong and CRI Bombardier | | | 6 | 5/3/05 |
| 111 | 11/11/1998, Email from Tony Borgasano to Jeffrey Dziama re: Forecast Summary | | | 6 | 5-10-05 |
| 112 | 11/13/1998, SEC Form 10-Q, Inso Corporation for Q3 1998 | | | 6 | 5-19-05 |
| 113 | 11/13/1998 5:45 p.m. Email from Jeanne McKenna to Chan Hong Saik cc: Richard Vatcher, Mary Ellen Hoke re: Inso Corporation | | | | |
| 114 | 11/14/1998 9:12 a.m., Joseph Aleardi email to Tony Borgasano, Jeffrey Dziama, Paul Savage and Bruce Hill re: US Airways New CFO | | | 6 | 5-10-05 |
| 115 | SEC Exhibit 214 (Bruce Hill Notes) | | | | |
| 116 | 11/16/98 1:26 p.m. Richard Vatcher email to Bruce Hill re: Selling off Inso Australia  11/16/1998 3:12 p.m., Email, Bruce Hill to Richard Vatcher, Re: Selling off Inso Australia | | | 6 | 5-11-05 |
| 117 | Mark Schueppert email to Richard Vatcher and Bruce Hill 11/21/98 re: Inso Australia | | | 6 | 5-12-05 |
| 118 | 11/21/1998 6:31 p.m. Email from Jeanne McKenna to Richard Vatcher cc: Mary Ellen Hoke re: Hong Hong Meeting | | | D | 5-12-05 |
| 119 | 11/23/1998 5:14 p.m. Email from Betty Savage to Bruce Hill re: Reminder | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 120 | 11/24/1998 3:36 p.m. Email Jonathan Levitt to Paul Savage, Jeffrey Dziama, Tony Borgasano and Joseph Aleardi with cc to Bruce Hill re: Sabre<br><br>Attached Return Letter | | | 6 | 5/3/05 |
| 121 | 11/25/1998 11:18 p.m. Email from Richard Vatcher to Chan Hong Saik cc: wytoon@hhits.com re: Expanded Hong Hong + Inso Relationship | | | 6 | 5-11-05 |
| 122 | 11/25/1998 11:21 p.m. Email from Richard Vatcher to Mark Schueppert re: Inso Australia | | | D | 5-11-05 |
| 123 | 11/30/1998 SEC Form 4 Statement of Changes in Beneficial Ownership Bruce Hill | | | 6 | 5-19-05 |
| 124 | 12/01/1998 6:55 a.m., Richard Vatcher email to Graham Marshall re Pricing Information | | | D | 5-12-05 |
| 125 | 12/01/1998 7:43 a.m., Graham Marshall email to Richard Vatcher re Hong Hong | | | 6 | 5-11-05 |
| 126 | 12/03/1998 2:02 p.m., Jonathan Levitt email to Graham Marshall copy to Chris Burns, Sandra Moitoso, Mary Ellen Hoke and Richard Vatcher re Hong Hong Letter (with copy of letter). | | | 6 | 5/3/05 |
| 127 | 12/03/1998. Letter from Graham Marshall to Chan Hong Saik confirming $215,000 credit. | | | 6 | 5/3/05 |
| 128 | 12/07/1998 10:06 p.m., Richard Vatcher email to Chan Hong Saik re: Inso Australia | | | 6 | 5/11/05 |
| 129 | 12/08/1998 10:43 a.m., Richard Vatcher email to Graham Marshall and Jeanne McKenna re: Inso Australia | | | 6 | 5/11/05 |
| 130 | 12/11/1998 6:10 a.m., Email from Richard Vatcher to Graham Marshall, Jeanne McKenna cc: Paul Savage re: Hong Hong | | | 6 | 5-10-05 |
| 131 | 12/11/1998 1:41 p.m., Email from Richard Vatcher to Mark Schueppert re: Hong Hong Revenue Commitments | | | 6 | 5-11-05 |
| 132 | 12/11/1998 2:09 p.m., Mark Schueppert email to Richard Vatcher re: Inso/Hong Hong Agreement. | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 133 | 12/12/1998 9:16 a.m., Richard Vatcher email to Graham Marshall re: Inso/Hong Hong Agreement. | | | | |
| 134 | 12/13/1998 11:26 a.m., Jeanne McKenna email to Graham Marshall and Ray Anderson copy Steve Atkins, Mary Ellen Hoke , Kim Shah, Richard Vatcher and George Crewe re: Hong Hong Technical Visit Report | | | G | 5-13-05 |
| 135 | 12/16/1998 4:25 p.m., Graham Marshall email to Jeffrey Vogel re: Further clarification of Hong Hong's performance needs. | | | G | 5-13-05 |
| 136 | 12/17/98 Graham Marshall email to Jeffrey Vogel re: Further clarification of Hong Hong's performance needs, replying to 12/16/98 email from Jeffrey Vogel to Graham Marshall | | | G | 5-13-05 |
| 137 | 12/17/1998 10:32 a.m., Joseph Aleardi email to Jonathan Levitt copy Tony Borgasano re: USAir | | | G | 5/3/05 |
| 138 | 12/17/1998 10:56 a.m., Graham Marshall email to Richard Vatcher re: Inso/Hong Hong Agreement | | | D | 5/12/05 |
| 139 | 12/17/1998 2:47 p.m., Jeanne McKenna email to Weng Tim Yoon re: Financial market info re: DynaBase | | | G | 5-13-05 |
| 140 | 12/20/1998 Adams, Harkness & Hill Change in Recommendation re: Buy Now | | | | |
| 141 | 12/21/1998, 8:55 a.m. Email Steve Frankel to Betty Savage re: Upgrade with 12/21/98 8:14 a.m. Attachment "Raising Rating from Attractive to Buy" | | | | |
| 142 | 12/22/1998 9:42 p.m., Chan Hong Saik email to Graham Marshall re: "My Christmas Cheque!" | | | G | 5-13-05 |
| 143 | 12/23/1998 6:51 a.m., Richard Vatcher email to Chan Hong Saik with cc to Weng Tim Yoon and Graham Marshall re: Update - Q4,98+1999 Forecast ----INSO Australia | | | D | 5/12/05 |
| 144 | 12/23/1998 10:31 a.m., Graham Marshall to Chan Hong Saik re: my Christmas Cheque | | | G | 5-13-05 |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 145 | 12/24/1998 1:32 p.m., Jeanne McKenna email to Richard Vatcher re: cover e-mail & contract draft | | | | |
| 146 | 12/23/1998 2:14 p.m., Richard Vatcher email to Diane Saunders re Trip to Penang | | | G | 5-10-05 |
| 147 | 12/25/1998 5:24 p.m., Richard Vatcher email to Jeanne McKenna re: cover e-mail & contract draft | | | 6 | 5-11-05 |
| 148 | 12/25/1998 6:12 p.m. Jeanne McKenna email to Chan Hong Saik copied to Weng Tim Yoon, Richard Vatcher , Graham Marshall re Inso Hong Hong Contract | | | G | 5-13-05 |
| 149 | 12/25/1998 10:01 p.m., Graham Marshall email to Chan Hong Saik re: Contact | | | G | 5-11-05 |
| 150 | 12/25/1998 11:58 p.m. Email from Chan Hong Saik to Graham Marshall re: Contact | | | G | 5-13-05 |
| 151 | 12/26/1998 12:23 p.m. Richard Vatcher email to Jeanne McKenna re Hong Hong trip this week. | | | D | 5-12-05 |
| 152 | 12/26/1998 12:32 p.m., Richard Vatcher email to Bruce Hill re Inso Australia | | | G | 5-10-05 |
| 153-162 | no exhibit | | | | |
| 163 | 12/27/1998 2:54 p.m., Graham Marshall email to Bruce Hill, Paul Savage, Richard Vatcher re:  Concall | | | G | 5-10-05 |
| 164 | 12/27/1998 5:37 p.m., Richard Vatcher email to Bruce Hill and Mark Schueppert forwarding Jeanne McKenna email to Chan Hong Saik dated 12/25. | | | G | 5-10-05 |
| 165 | 12/27/1998 5:40 p.m., Richard Vatcher email to Bruce Hill forwarding Inso Australia asset sale documents (attachment) | | | G | 5-10-05 |
| 166-168 | no exhibit | | | | |
| 169 | 12/27/1998 8:59 p.m., Graham Marshall email to Bruce Hill re: Extremely Confidential | | | G | 5-10-05 |
| 170 | 12/27/1998 9:01 p.m., Graham Marshall to Bruce Hill re:  Mobile | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 171 | 12/27/1998 9:19 p.m., Richard Vatcher email to Jeanne McKenna attaching copy of his email to Chan Hong Saik re: Inso Australia proposal | | | 6 | 5-13-05 |
| 172 | 12/27/1998 9:39 p.m., Jeanne McKenna email to Richard Vatcher re Hong Hong Update | | | | |
| 173 | 12/28/1998 6:28 a.m., Richard Vatcher email to Bruce Hill and Jeanne McKenna re: Update - Q4, 98+1999 Forecast... Inso Australia (forwarding 12/23/98 6:51 a.m. email) | | | 6 | 5-11-05 |
| 174 | 12/28/1998 10:38 a.m., Bruce Hill email to Jeffrey Stein re: Effectiveness of S-3 | | | | |
| 175 | 12/28/1998 4:28 p.m., Graham Marshall email to Bruce Hill re: Payment | | | 6 | 3-13-05 |
| 176-180 | no exhibit | | | | |
| 181 | 12/28/1998 4:29 p.m. Email from Graham Marshall to Bruce Hill re: Caution, this has a Word attachment "Payment" | | | | |
| 182 | 12/29/1998 10:45 a.m., Email from Lisa Savage to Mark Schueppert re: Hong Hong and 10:49 a.m. Email from Mark Schueppert to Lisa Savage cc: Patricia Ann Michaels re: Hong Hong | | | | |
| 183 | no exhibit | | | | |
| 184 | 12/29/1998 12:30 p.m., Graham Marshall email to Mark Schueppert re: Caution, this has a Word attachment "Payment", forwarding prior day's email from Graham Marshall to Bruce Hill and attachment | | | | |
| 185 | no exhibit | | | | |
| 186 | 12/29/1998 3:08 p.m., Graham Marshall to Bruce Hill email re: "IMPORTANT payment" | | | 6 | 5-13-05 |
| 187 | 12/29/1998 3:41 p.m., Graham Marshall email to Chan Hong Saik re: Wire | | | 6 | 5-16-05 |
| 188 | 12/29/1998 4:52 p.m., Mark Schueppert to Betty Savage re: Hong | | | | |
| 189 | 12/29/1998 5:04 p.m., Graham Marshall email to Chan Hong Saik re: payment. | | | 6 | 5-16-05 |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 190 | 12/29/1998 5:07 p.m., Mark Schueppert to Graham Marshall cc: Betty Savage re: Hong | | | | |
| 191 | 12/29/1998 5:42 p.m., Betty Savage email to Mark Schueppert re: Hong | | | | |
| 192 | 12/29/1998 5:54 p.m., Graham Marshall email to Mark Schueppert re: Hong | | | | |
| 193 | 12/30/1998 10:14 a.m., Facsimile Memo from Chan Hong Saik to Betty Savage re: Standby Letter of Credit | | | 6 | 5-16-05 |
| 194 | no exhibit | | | | |
| 195 | no exhibit | | | | |
| 196 | 12/30/1998, Markup of Inso License Agreement | | | 6 | 5-13-05 |
| 197 | 12/30/1998, Executed Application and Agreement for Standby Letter of Credit to Fleet Bank | | | | |
| 198 | 12/30/1998, Bruce Hill PowerPoint Presentation, Hong Hong IT and Inso Corporation | | | 6 | 5-13-05 |
| 199 | no exhibit | | | | |
| 200 | 12/30/1998, Fax cover sheet from Jonathan Levitt to Bruce Hill w/attached International Distributor Agreement | | | 6 | 5/3/05 |
| 201 | 12/30/1998 5:32 a.m., Graham Marshall fax of Functional Specification for DynaBase AIX Port (Dynabase 3.0) Proof of Concept. | | | 6 | 5/13/05 |
| 202 | 12/30/1998 10:06 a.m., Email from Betty Savage to Graham Marshall re: Hong Hong work | | | | |
| 203 | 12/30/1998 10:45 a.m., Email from Graham Marshall to Mark Schueppert re: Hong Hong work | | | | |
| 204 | 12/30/1998 6:12 p.m., Email from Jonathan Levitt to Betty Savage re: Hong (attachment labeled "HH_d1.doc") | | | 6 | 5/4/05 |
| 205 | 12/30/1998 7:23 p.m., Email from Jonathan Levitt to Bruce Hill, Jeanne McKenna re: Hong Hong Distributor Agreement (attachment icon labeled "HH_d1.doc") | | | 6 | 5/4/05 |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 206 | 12/30/1998 10:32 p.m. faxed executed Letter Agreement between Graham Marshall and Hong Hong Printing | | | 6 | 5-16-05 |
| 207 | 12/30/1998 11:00 p.m., Fax Cover Sheet for Letter of Credit from LevittJ/ Inso Corp to Bruce Hill at Penang Sheraton | | | 6 | 5/4/05 |
| 208 | 12/30/1998 10:28 p.m., Draft Letter of Credit faxed from Inso with handwritten notations | | | | |
| 209 | Inso Corporation Preliminary as of 12/31/98 Flash Report | | | | |
| 210 | 12/31/1998, Patricia Ann Michaels letter to Fleet Bank | | | D | 5/5/05 |
| 211 | 12/31/1998, Standby letters of Credit Nos. MS1109113 & MS1109114 issued by Fleet Bank | | | D | 5/4/05 |
| 212 | 12/31/1998, Letter agreement from Patrick Keffer, Fleet Bank, executed by Betty Savage | | | | |
| 213 | 12/31/1998, Opinion Letter with Bruce Hill signature stamp | | | 6 | 5/4/05 |
| 214 | 12/31/1998, Signed Final Version of International Distribution Agreement | | | 6 | 5/4/05 |
| 215 | 12/31/1998, Inso Corporation Certificate of Secretary. | | | 6 | 5/4/05 |
| 216 | 12/31/1998 1:24 a.m., Email from Bruce Hill to Jonathan Levitt cc: Betty Savage re: Letter of Credit. | | | 6 | 5/4/05 |
| 217 | 12/31/1998 3:15 p.m. +8G, Signed Final Version of OEM Agreement | | | 6 | 5/4/05 |
| 218 | 12/31/1998 Fax letter from Chan Hong Saik to Danny Lee, RHB Bank Berhad | | | 6 | 5-16-05 |
| 219 | 12/31/1998 3:15 a.m., Jeanne McKenna email to Jonathan Levitt copy Richard Vatcher and Bruce Hill attaching final copy of Hong Hong OEM contract | | | 6 | 5/4/05 |
| 220 | 12/31/1998 Fax machine log, Hong Hong Print | | | 6 | 5-16-05 |
| 221 | 12/31/1998 4:20 p.m. +8G, fax of RHB Bank check to Inso | | | D | 5-11-05 |
| 222 | 12/31/1998 6:19 a.m., Email from Bruce Hill to Jonathan Levitt, Betty Savage re: More on LC Topic | | | 6 | 5/4/05 |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 223 | 12/31/1998 7:10 a.m., Jeanne McKenna email to Richard Vatcher, Mary Ellen Hoke, cc: Jonathan Levitt re: Hong Hong/Dynabase | | | 6 | 5/4/05 |
| 224 | email, 12/31/1998, Jonathan Levitt to Final Providence with cc's to Mary Ellen Hoke, Jeanne McKenna, Richard Vatcher, Lisa Savage, Mark Schueppert, re: Hong Hong Printing. | | | 6 | 5/4/05 |
| 225 | Quarter 4 Opportunities Recorded through 12/31/98 - 9:41 a.m. | | | | |
| 226 | Inso Corporation Statement of Wire Activity $87,000 to Hong Kong Bank 12/31/1998 11:04 a.m. $73,000 to United Overseas Bank 12/31/98 11:09 a.m. | | | | |
| 227 | Quarter 4 Opportunities Recorded through 12/31/98 - 11:07 am | | | | |
| 228 | Handwritten notations dated 12/31/98 on 12/28/98 Email from Chan Hong Saik | | | | |
| 229 | Quarter 4 Opportunities Recorded through 12/31/98 - 11:54 am | | | | |
| 230 | Quarter 4 Opportunities Recorded through 12/31/98 - 3:14 pm | | | | |
| 231 | 12/31/1998 5:11 p.m., Bruce Hill email to Chan Hong Saik copy Graham Marshall re: Letters of Credit. | | | 6 | 5-16-05 |
| 232 | 01/03/1999, Chan Hong Saik email to Bruce Hill re: Letter of Credit. | | | | |
| 233 | 01/04/1999, Jeanne McKenna email to Jonathan Levitt and Richard Vatcher copy Bruce Hill and Mary Ellen Hoke re: final copy of Hong Hong/Dynabase contract. | | | | |
| 234 | Fleet Foreign/Domestic Non Cash Collection Receipt No. 129195 for $11,552,000 Ringgit from Inso Corporation on 1/4/99 | | | 6 | 5-19-05 |
| 235 | 12/31/1998, RHB Bank Berhad cashier's check for 11,552,000 RM payable to Inso Providence Corporation from Chan Hong Saik (front and back) | | | 6 | 5-19-05 |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 236 | 01/04/1999 7:29 a.m., Paul Savage email to Betty Savage re: A Belated Thanks | | | $\angle$ | $5-10-05$ |
| 237 | email, 1/4/1999 Paul Savage to Bruce Hill cc Steven Vana-Paxhia "Thanks" | | | $\angle$ | $5-10-05$ |
| 238 | email, 1/4/1999, Paul Savage to Richard Vatcher re: Thanks | | | $G$ | $5-10-05$ |
| 239 | 01/04/1999 8:49 a.m., Betty Savage email to Patricia Ann Michaels re: revenue | | | | |
| 240 | 01/04/1999 8:42 a.m., Jonathan Levitt email to Bruce Hill forwarding Richard Vatcher's email Re: copy of Hong Hong agreement | | | $\angle$ | $5/4/05$ |
| 241 | 01/04/1999 9:08 a.m., Paul Savage email to Graham Marshall copy Steven Vana-Paxhia re: Thanks | | | $\angle$ | $5/10/05$ |
| 242 | 01/04/1999, Patricia Ann Michaels audit confirm request to Chan Hong Saik for OEM deal | | | $\angle$ | $5-13-05$ |
| 243 | 01/05/1999 8:44 a.m., Jonathan Levitt email to Jeanne McKenna re: final copy of Hong Hong/Dynabase Contract | | | $6$ | $5/4/05$ |
| 244 | 01/05/1999 5:59 p.m. +8G, Chan Hong Saik fax to Bruce Hill with attached United Overseas Bank document | | | $6$ | $5/4/05$ |
| 245 | 01/05/1999 11:05 a.m., Jonathan Levitt email to Betty Savage, Re: Hong Hong LC | | | $6$ | $5/4/05$ |
| 246 | 01/05/1999 2:11 p.m., Email from Jonathan Levitt to Bruce Hill cc: Betty Savage, Graham Marshall re: Hong Hong Letter of Credit | | | $6$ | $5/4/05$ |
| 247 | 01/06/1999 9:39 a.m., Bruce Hill email to Patricia Ann Michaels and Betty Savage re: Excaliber Transaction Details: | | | $6$ | $5/19/05$ |
| 248 | 01/06/1999 11:02 a.m., Jeanne McKenna email to Richard Vatcher and Graham Marshall copy Bruce Hill re: Hong Hong - technical visit - Re: Schedule problems | | | $6$ | $5-13-05$ |
| 249 | 01/06/1999 11:03 a.m., Jonathan Levitt email to Bruce Hill, re: Hong Hong LC Opinion and Secretary's Certificate (with attachments). | | | $6$ | $5/4/05$ |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 250 | 01/06/1999 11:31 a.m., Bruce Hill to Jeanne McKenna copy to Richard Vatcher and Graham Marshall re: Hong Hong technical visit - Re: Schedule Problems. | | | 6 | 5-13-05 |
| 251 | 01/06/1999 11:49 a.m., Bruce Hill email to Chan Hong Saik, re: Letter of Credit/Orlando | | | 6 | 5/5/05 |
| 252 | 01/06/99 6:01 pm, Bruce Hill email to Chan Hong Saik re: SBLC. | | | 6 | 5/5/05 |
| 253 | 01/07/1999, Bruce Hill email to Weng Tim Yoon re: Technical Assistance | | | | |
| 254 | 01/07/1999, Jeanne McKenna email to Graham Marshall copy Richard Vatcher and Bruce Hill re: Hong Hong - technical vist - Re: Schedule Problems. | | | | |
| 255 | 01/07/1999 7:01 a.m., Bruce Hill email to Chan Hong Saik re:SBLC | | | 6 | 5/5/05 |
| 256 | 01/07/1999 4:52 p.m., Steven Vana-Paxhia email to Graham Marshall and Paul Savage re: scare lines | | | | |
| 257 | 01/08/1999 9:36 a.m., Graham Marshall to Steven Vana-Paxhia and Paul Savage re: scare lines | | | | |
| 258 | 01/09/1999 8:47 a.m., Graham Marshall email to Betty Savage and Bruce Hill Re: Urgent:  Hong Hong | | | 6 | 5/5/05 |
| 259 | 01/09/1999 9:08 a.m., Chan Hong Saik email to Bruce Hill re: SBLC. | | | | |
| 260 | 01/10/1999 6:05 p.m., Graham Marshall email to Chan Hong Saik, cc Bruce Hill: re: payment | | | 6 | 5/5/05 |
| 261 | 01/11/1999 10:31 a.m., Betty Savage email to Chan Hong Saik Re:  Wire Instructions.  cc: Bruce Hill and Graham Marshall. | | | 6 | 5-23-05 |
| 262 | 01/12/1999, Joseph Furtado email to Graham Marshall, Jeanne McKenna and Cosmo Batinelli re: Hong Hong. | | | | |
| 263 | 01/13/1999 4:10 p.m. Email from Tony Borgasano to Paul Savage, Diane Saunders cc: Joseph Aleardi, Bill Weber, Jeffrey Dziama, Wesley Hair re: US Air/Sabre Meeting Attempts | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 264 | 01/13/1999, Betty Savage fax from Fleet Bank with amendments to letters of credit (3 pages) | | | D | 5/4/05 |
| 265 | 01/15/1999 9:01 a.m., Graham Marshall email to Bruce Hill w cc to Betty Savage and Paul Savage re: "The peripatetic Mr. Chan Hong Saik" | | | G | 5-10-05 |
| 266 | 01/15/1999 9:06 a.m., Betty Savage email to Graham Marshall re: "The peripatetic Mr. Chan Hong Saik." | | | | |
| 267 | 01/15/1999 9:37 a.m., Graham Marshall email to Chan Hong Saik re: visit. | | | | |
| 268 | 01/15/1999 3:19 p.m., email Paul Savage to Graham Marshall, cc: Bruce Hill, Betty Savage, re: "The peripatetic Mr. Chan Hong Saik." | | | | |
| 269 | 01/18/1999 11:36 a.m., email Bruce Hill to Graham Marshall re: "The peripatetic Mr. Chan Hong Saik." | | | | |
| 270 | 01/18/1999 11:47 a.m., Bruce Hill email to Jeanne McKenna, cc Richard Vatcher, Graham Marshall, Mary Ellen Hoke and Joseph Furtado, re: urgent - Hong Hong - Visit to Inso. | | | G | 5-11-05 |
| 271 | Ernst & Young LLP, Inso Revenue Transactions | | | G | 5-20-05 |
| 272 | 01/22/1999, RHB Bank Berhad Hardcopy Re-print for Fleet National Bank Boston for cheque collection in the amount of RM $11,552,000 | | | G | 5-19-05 |
| 273 | 01/22/1999, Amendment to Letter of Credit No. MS1109113 Date of Issue 12/31/1998 | | | D | 5/4/05 |
| 274 | 01/23/1999, Matthew Shedd notes | | | | |
| 275-279 | no exhibit | | | | |
| 280 | Collectibility Review Memorandum Inso Corporation 12/31/1998 | | | | |
| 281 | AR Circularization Inso Corporation - 12/31/1998 Key items (AR>$500,000) and Random Items | | | G | 5-19-05 |
| 282 | Inso Long Term Receivables Chart 12/31/98 | | | G | 5-19-05 |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 283 | Inso Corporation Consolidated Income Statement 1998 - Auditors Drafts (EY001159 - 001174) | | | | |
| 284 | 12/31/1999 fax of RHB Bank check payable to Inso Providence Corporation with handwritten notations | | | | |
| 285 | 01/??/1999, Bank Reconciliation for INSO as of 12/31/98 | | | | |
| 286 | Revenue Review Chart - Ernst & Young 31-Dec-98 | | | | |
| 287-289 | no exhibit | | | | |
| 290 | Ernst & Young LLP Inso Revenue Transactions: Long Term Receivables and Hong Hong (with handwritten notations) | | | | |
| 291 | 01/24/1999 12:17 p.m., Richard Vatcher email to Betty Savage and Bruce Hill re: Hong Hong 1999 forecast. | | | G | 5-11-05 |
| 292 | 01/24/1999 1:58 p.m., Richard Vatcher email to Betty Savage re: Hong Hong year 2000 forecast. | | | | |
| 293 | 01/24/1999 3:19 p.m., email to Bruce Hill from Betty Savage re: Hong Hong Printing, and attached document, Inso Corporation, Hong Hong Printing Agreement. | | | 6 | 5-20-05 |
| 294 | 01/24/1999 3:51 p.m., Bruce Hill to Betty Savage re: Hong Hong Printing - w/attached document: Inso Corporation Hong Hong Printing Distribution Agreement & spreadsheets | | | 6 | 5-20-05 |
| 295 | 01/24/1999 5:15 p.m., Betty Savage fax to Matthew Shedd titled "Inso Corporation Hong Hong Printing Distribution Agreement" | | | 6 | 5-20-05 |
| 296 | 01/25/1999. Andrew Vrigian memo to Fin Most "Inso Corporation/Hong Hong Printing," with cc to Matthew Shedd | | | 6 | 5-20-05 |
| 297 | 01/25/1999 1:51 p.m., Bruce Hill email to Chan Hong Saik re: request for information. | | | | |
| 298 | 01/26/1999, Weng Tim Yoon email to Graham Marshall re: Dynabase. | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 299 | 01/26/1999, United Overseas Bank notice to Chan Hong Saik re: USD 3,000,000. | | | G | 5-16-05 |
| 300 | 12/31/1999 fax of RHB Bank check payable to Inso Providence Corporation with handwritten notations | | | G | 5-20-05 |
| 301 | 01/26/1999, Meeting of Audit Committee of Board of Directors | | | | |
| 302 | 01/26/1999 8:23 a.m., email Graham Marshall to Bruce Hill re: Request for information. | | | | |
| 303 | 01/26/1999 8:45 a.m., Bruce Hill email to Betty Savage re: Request for information. | | | G | 5-16-05 |
| 304 | 01/26/1999 9:11 a.m., Michele Hallenbrook email to Bruce Hill re: Hong Hong Printing. | | | | |
| 305 | 01/26/1999 9:18 a.m., Bruce Hill email to Graham Marshall re: Hong Hong Printing. | | | | |
| 306 | 01/26/1999 9:19 a.m., Bruce Hill email to Michele Hallenbrook re: Hong Hong Printing. | | | | |
| 307-323 | no exhibit | | | | |
| 324 | 01/26/1999 9:23 a.m., Weng Tim Yoon email to Graham Marshall re: Dynabase. | | | | |
| 325 | 01/26/1999 11:43 a.m., Graham Marshall email to Bruce Hill re: Hong Hong Printing. | | | G | 5-13-05 |
| 326 | 01/26/1999 12:24 p.m., $3,000,000 wire transfer from UOB Singapore Fleet Bank Inso balance/transaction report (with handwritten notation), | | | D | 5-20-05 |
| 327 | 01/27/1999, Graham Marshall to Weng Tim Yoon w cc to Jeanne McKenna, Jeffrey Vogel and Carol Blanchard re: Dynabase. | | | | |
| 328 | 01/27/1999, Inso Corporation, Hong Hong Printing Distribution Agreement, Forecast of 1999 business. | | | | |
| 329 | Spreadsheet with handwritten notations | | | G | 5-20-05 |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 330 | 01/29/1999, Graham Marshall email to Weng Tim Yoon copy to Jeffrey Vogel and Jeanne McKenna re: AIX and Customer Council. | | | D | 5-18-05 |
| 331 | 01/29/1999, Fleet National Bank collection tracer no. 1 for $11,552,000 MYR. | | | L | 5-19-05 |
| 332 | Fleet Bank statement of accounts, Inso Corporation, 1/29/1999 | | | | |
| 333 | 01/31/1999, Inso Corporation, Meeting of the Board of Directors. | | | | |
| 334 | 02/01/1999, Jeffrey Vogel email to Graham Marshall regarding OIS and Apache. | | | | |
| 335 | 02/01/1999, Jeanne McKenna email to Mary Ellen Hoke forwarding Graham Marshall email to Jeanne McKenna re: Training Session for Dynabase. | | | | |
| 336 | 02/01/1999, Graham Marshall email to Jeanne McKenna re: Training Session for Dynabase. | | | | |
| 337 | 02/01/1999 Adams, Harkness & Hill Change in Recommendation re: Revenue Recognition Problem | | | | |
| 338 | PRNewswire version of Inso Press Release, 2/1/1999, "Lower Than Expected Fourth Quarter Results" | | | | |
| 339 | 02/01/1999, CBS Marketwatch report "Inso Shares Plunge on Profit Warning" | | | | |
| 340 | 02/01/1999 3:40 p.m., Jeanne McKenna email to Bruce Hill re: AIX and Customer Council. | | | | |
| 341 | 02/02/1999, Graham Marshall email to Jeanne McKenna re: Conf. call. | | | | |
| 342 | 02/02/1999 letter, Patricia Ann Michaels to Hong Hong Corporation | | | | |
| 343 | 02/03/1999, Jeanne McKenna email to Mary Ellen Hoke re: Conf. call. | | | | |
| 344 | 02/04/1999, Jeanne McKenna email to Graham Marshall re: Hong Saik. | | | | |
| 345 | 02/04/1999, Jeanne McKenna email to Chan Hong Saik re: Discussion Topics. | | | D | 5-18-05 |
| 346 | 02/04/1999, Inso Corporation, Meeting of the Board of Directors | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 347 | Optionee Statement as of 02/05/1999 Inso Corporation Bruce Hill | | | | |
| 348 | 02/21/1999, Inso Corporation, Meeting of the Board of Directors | | | D | 5/5/05 |
| 349 | 04/01/1999, Fleet Foreign Draft & Check Collection Department. | | | 6 | 5-19-05 |
| 350 | 07/16/1999, Inso Corporation NASDAQ Computer Softwr-Enterpse Datagraph | | | | |
| 351 | 07/16/1999, Inso Corporation NASDAQ Computer Softwr-Enterpse Datagraph | | | | |
| 352 | ~~no exhibit~~  ONeal Chaet | | | 6 | 5-23-05 |
| 353 | 09/04/1999 3:48 a.m. Email from Bruce Hill to Chan Hong Saik re: Revised documents. | | | 6 | 5-16-05 |
| 354 | 2/9/1999 Investment Account Security Agreement (with handwritten notations) | | | | |
| 355 | 12/31/1999, Fleet Bank Statement of Accounts (pp.24-26) | | | | |
| 356 | 07/25/00, SEC Exhibit 168, SEC Supplemental Information Form. | | | | |
| 357 | SEC Testimony of Bruce Hill,  08/09/00 | | | | |
| 358 | SEC Testimony of Bruce Hill,  09/06/00 | | | | |
| 359 | SEC Testimony of Bruce Hill, 11/09/00 | | | | |
| 360 | Letter Paul Levenson to Thomas Frongillo, 07/28/03 | | | | |
| 361 | Letter Immunity Agreement with Chan Hong Saik, 08/28/03 | | | D | 5-17-05 |
| 362 | Immunity Order for Chan Hong Saik, 09/02/03 | | | | |
| 363 | 12/17/1999 letter Jonathan Levitt to Matthew Shedd re: SEC Request for Documents. | | | 6 | 5/4/06 |
| 364 | Boston Globe, 2/2/1999, "Shares of Inso plummet on news of losses, restatement" | | | | |
| 365 | Chart Reflecting Stock and Option Values  - 4/15/05 | | | 6 | 5-19-05 |
| 366 | Deposition of Chan Hong Saik Hong Saik (10/23/03), SEC v. Hill | | | | |

US v. Bruce G. Hill, Cr. no. 03-10344-DPW

| Trial Exhibit # | Exhibit Description | Date Iden... | Date Offe... | Offered By | Date ... |
|---|---|---|---|---|---|
| 367 | 2/17/1999 Notes of Interview with Bruce Hill | | | | |
| 368 | 2/18/1999 Memorandum, Vincent Parrett to file re: Interview Bruce Hill at Hale & Dorr, LLP February 17, 1999 | | | | |
| 369 | 2/1/99 emcut from Bruce Hill to Universe | | | D | 5/4/05 |
| 570 | Richard Vatcher plea agreement | | | D | 5-11-05 |
| 371 | 12/7/98 email from Vatcher | | | D | 5-12-05 |
| 372 | 12/11/98 email | | | D | 5-12-05 |
| 373 | 1/21/99 fax cover sheet (Elgas) | | | D | 5-12-05 |
| 374 | 1/21/99 fax cover sheet (Pearson) | | | D | 5-12-05 |
| 375 | 1/26/99 fax cover sheet (Elgas) | | | D | 5-12-05 |
| 376 | 1/ Letter | | | D | 5-12-05 |
| 377 | 2/5/99 email | | | D | 5-13-05 |
| 378 | letter from Mr. Egbert to Mr. Levenson | | | D | 5-13-05 |
| 379 | 9/14/99 letter to UOB | | | D | 5-17-05 |
| 380 | email | | | D | 5-17-05 |

G                                               D    5-17-05

381    email 2/ /99                             D    5-18-05

382    4/9/03 letter re SEC Immunity            D    5-18-05

383    letter 9/14/99 re: Distributor agreement. D   5-18-05

384    letter 9/14/99                           D    5-18-05

385    Time Clock - Time Zone Converter   G     5-19-05

386    Stock Price  list                   D    5-19-05

H.     Hale + Dorr letter                  D    5-20-05

387    1/11/99 email                       D    5-20-05

388    letter 7/5/00 E&Y letter            D    5-20-05

I      3/20/99 letter                      D    5-20-05

389    Minute of Board of Directors 4/14/99 ✓  5-24-05

390A ⟩ letters
390B ⟩