~~Jury Requests~~ Transcript of Jeanne McKenna's testimony.

Thank you, Anna S—

Members of the Jury:

As I told you when we began jury selection, transcript of testimony is not ordinarily available for jury review and its preparation is time consuming. In this circumstance the earliest Ms. McKenna's transcript could be completed is tomorrow (Thursday) afternoon and it may take until Friday morning to complete and certify. Nevertheless, I have directed preparation of the transcript. You should, however, continue your deliberations.

Douglas P. Woodlock
U.S. District Judge

Jury Exhibit 1

6-2-05 2:25

Request for 4 p.m. dismissal Fri. 6/3/05, due to pre-arranged business engagement by a juror. In addition, a second juror has child care issues.

Thank you,

[signature]

---

Members of the Jury:

I will dismiss you at 4:30 pm today (Thursday 6/2/05) as a result of scheduling conflicts and at 4:00 p.m. tomorrow (Friday 6/3/05) if you have not by those times completed your deliberations.

Douglas P. Woodlock
U.S. District Judge

Jury Exhibit 2

6/3/05.

What do you do when one or more jurors cannot move forward in deliberations?

Thank you,

Anna Satu

Members of the Jury

I would ordinarily provide further instruction regarding deliberations, if requested.

Douglas P. Woodlock
U.S. District Judge

Jury Exhibit #3

6/3/05.

"The Jurors are requesting further instructions regarding deliberations. Thank you,

[signature]

Jury Exhibit #4

10:50 AM
6/6/05

Dear Judge Woodlock,

    A juror has requested a 3:30 dismissal Mon. 6-6-05, due to (2nd job) work obligations.

    Thank you,

    [signature]

Members of the Jury:

You may suspend deliberations today at 3:30 p.m. if you have not reached a verdict by then.

    Douglas P. Woodlock,
    U.S. District Judge

Dear Judge Woodlock:

We, the members of the jury, feel we are hopelessly deadlocked on all but one count.

Thank you,

[signature]