AO 187 (Rev. 7/87) Exhibit and Witness List    _Evidentiary Hearing_

# United States District Court
### DISTRICT OF MASSACHUSETTS

US  v. Bruce Hill

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03-10344-DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DJ Woodlock | Levenson | Egbert |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5-24-05 | Pam Owens | M. Rynne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | ✓ 5-24-05 |  |  | Betty Savage |
|  |  | ✓ 5-24-05 | 297 |  | ID |
|  |  | ✓ " |  |  | Richard Rosensweig |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages