UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>BRUCE GORDON HILL,<br>    Defendant. | )<br>) CRIMINAL NO. 03-10344-DPW<br>)<br>)<br>)<br>)<br>) |

## VERDICT

AS TO COUNT A

   We, the jury, find the Defendant Bruce Gordon Hill _____.

AS TO COUNT B

   We, the jury, find the Defendant Bruce Gordon Hill _____.

AS TO COUNT C

   We, the jury, find the Defendant Bruce Gordon Hill _____.

AS TO COUNT D

   We, the jury, find the Defendant Bruce Gordon Hill _____.

AS TO COUNT E

   We, the jury, find the Defendant Bruce Gordon Hill _____.

AS TO COUNT F

   We, the jury, find the Defendant Bruce Gordon Hill ___G____.

__6-6-05__
DATE

__[signature]__
FOREPERSON