UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BRUCE GORDON HILL, ) | CRIMINAL NO. 03-10344-DPW |
| ) | |
| Defendant. ) | |

STATUS REPORT

Pursuant to the Court's order, the parties submit this joint report regarding the current status of the above-captioned case.

On June 6, 2005, a jury convicted defendant Bruce Gordon Hill on count nine of the Indictment in the case, which charged Hill with Perjury, in violation of Title18, United States Code, Section 1621. The jury having deadlocked on the remaining five counts in which defendant Hill is named, the Court declared a mistrial as to those counts.

As directed by the Court, the parties have conferred in an effort to determine whether they might reach agreement with respect to the outstanding charges in the Indictment. The parties have not reached any agreement.

It is the United States' position that, the Court should proceed to sentence defendant Hill on Count 9 of the Indictment. It is further the United States' position that decisions about when, and perhaps whether, to retry the remaining counts of the Indictment may best be addressed after that sentencing – at which time the extradition status of defendant Hill's co-defendant, Graham Marshall, may be clearer.

Defendant Hill opposes proceeding to sentencing at this time.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | BRUCE GORDON HILL |
| By: /s/ Paul G. Levenson<br>PAUL G. LEVENSON<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3147 | By: /s/ Richard M. Egbert<br>Richard M. Egbert, Esq.<br>99 Summer Street<br>Boston, MA 02110<br>(617) 737-8222 |

August 17, 2005