UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRUCE GORDON HILL | No. 03-10344-DPW |

## ASSENTED TO MOTION TO AMEND TIME
## OF STATUS CONFERENCE

The Defendant, Bruce Hill, respectfully moves this Court to amend the time of the status conference currently scheduled for August 25, 2005. In support thereof, Mr. Hill states the following:

1. This case is currently scheduled for a status conference on Thursday, August 25, 2005 at 2:00 p.m.;

2. Defendant's counsel is concurrently scheduled to appear on a separate matter at the Federal Courthouse in Springfield, Massachusetts on said date and time;

3. Defendant's counsel has conferred with Paul Levenson, Assistant United States Attorney; and he has assented to changing the time of the status conference from 2:00 p.m. to 9:00 a.m.

WHEREFORE, Defendant Bruce Hill respectfully requests that the time of the status conference be amended from 2:00 p.m. to 9:00 a.m. on August 25, 2005.

Respectfully submitted,

   /s/ Richard M. Egbert
Richard M. Egbert, BBO 151800
Patricia A. DeJuneas, BBO 652997
LAW OFFICE OF RICHARD M. EGBERT
99 Summer Street, Suite 1800
Boston, MA 02110
Tel: 617.737.8222

**CERTIFICATE OF SERVICE**

     I, Richard M. Egbert, hereby certify that I caused the foregoing Motion to Amend Time to be served upon Assistant United States Attorney Paul Levenson, by first class mail, this 23rd day of August, 2005.

    /s/ Richard M. Egbert
Richard M. Egbert