UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BRUCE GORDON HILL, ) | CRIMINAL NO. 03-10344-DPW |
| ) | |
| Defendant. ) | |

STATUS REPORT

The United States submits this report regarding the current status of the above-captioned case.

Undersigned counsel is informed that on October 13, 2005, the Home Secretary of the United Kingdom ordered that co-defendant Graham Marshall be surrendered to the United States. Marshall has until November 13, 2005 to file an appeal of that decision. [Possible appeal scenarios are set forth in the United States' Status Report dated October 3, 2005].

             Respectfully submitted,

             MICHAEL J. SULLIVAN
             United States Attorney

dated: October 25, 2005

           By: */s/ Paul G. Levenson*
             PAUL G. LEVENSON
             Assistant U.S. Attorney
             John Joseph Moakley United States Courthouse
             1 Courthouse Way, Suite 9200
             Boston, MA 02210
             (617) 748-3147