UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 03-10344-DPW |
| BRUCE GORDON HILL, | ) | |
| Defendant. | ) | |

MOTION FOR ENLARGEMENT OF TIME
(ASSENTED TO)

The United States, by its undersigned counsel, requests an enlargement of time, until November 17, 2005, in which to submit to the Probation Office its statement of relevant facts pursuant to the Court's Procedural Order dated November 3, 2005.  (The submission to the Probation Office is currently due on November 10, 2005.)

As grounds for this motion, the United States notes that undersigned counsel will be out of town from November 5 through November 12, 2005.

Counsel has conferred with the Probation Office and is informed that the requested enlargement of time will not delay the Probation Office's preparation of the Presentence Report and thus will not affect the other deadlines set forth in the Court's Procedural Order.

Counsel for Defendant has assented to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated:  November 4, 2005

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147