UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BRUCE GORDON HILL, ) | CRIMINAL NO. 03-10344-DPW |
| ) | |
| Defendant. ) | |

NOTICE OF AGREEMENT

The United States, by its undersigned counsel, hereby notifies the Court that defendant Bruce Hill and the United States Attorney have entered into an agreement with respect to sentencing and dismissal of remaining counts of the Indictment. A copy of the agreement is attached.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: November 16, 2005

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147