UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRUCE GORDON HILL | No. 03-10344-DPW |

**MOTION FOR LEAVE TO FILE**
**MEMORANDUM IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1(b)(3), Defendant Bruce Gordon Hill respectfully requests that this Court permit him to file a Sentencing Memorandum that is in excess of 20 pages. The length of the brief (25 pages) is necessary so that counsel can present an effective presentation of the relevant circumstances that this Court should consider at sentencing.

Respectfully submitted,
BRUCE GORDON HILL
By his attorneys


   /s/ Richard M. Egbert
Richard M. Egbert, BBO 151800
Patricia A. DeJuneas, BBO 652997
LAW OFFICE OF RICHARD M. EGBERT
99 Summer Street, Suite 1800
Boston, MA 02110
Tel: 617.737.8222

**CERTIFICATE OF SERVICE**

      I, Richard M. Egbert, hereby certify that I caused the foregoing Motion to Amend Time to be served upon Assistant United States Attorney Paul Levenson, by first class mail, this 17th day of January, 2006.

                                                /s/ Richard M. Egbert
                                                Richard M. Egbert