UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 03-10344-DPW |
| BRUCE GORDON HILL, | ) ) ) | |
| Defendant. | ) ) | |

<u>STATUS REPORT</u>

Pursuant to the Court's order of February 23, 2006, the United States submits this report regarding the Federal Bureau of Prisons (BOP) designation of defendant Bruce Hill's place of incarceration.

Upon receiving notice of the Court's order, undersigned counsel conferred with Michael D. Tafelski, Deputy Regional Counsel, U.S. Department of Justice, Federal Bureau of Prisons. Mr. Tafelski stated that Mr. Hill's placement at the Metropolitan Detention Center in Brooklyn, New York, was based upon this Court's directive that Mr. Hill be placed at an appropriate facility as near as possible to his home in Massachusetts. Mr. Tafelski informed me that there was insufficient space available at the FMC Devens Camp facility and that the Metropolitan Detention Center was the next closest appropriate facility with available space.

As noted in the attached letter from Mr. Tafelski, while the Metropolitan Detention Center does feature a facility designed for short term housing of detainees, it also features a

separate housing unit for 365 minimum security and low security inmates.  It is to that unit that Mr. Hill has been assigned.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

dated:  March 2, 2006           By: */s/ Paul G. Levenson*
                                    PAUL G. LEVENSON
                                    Assistant U.S. Attorney
                                    John Joseph Moakley United States Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    (617) 748-3147

## CERTIFICATE OF SERVICE

     I, Paul G. Levenson, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                    */s/ Paul G. Levenson*
                                    PAUL G. LEVENSON