

**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

U.S. Custom House
2nd & Chestnut Streets
Philadelphia, PA. 19106

March 1, 2006

Paul Levenson, Esq.
Assistant U.S. Attorney
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

    Re:  Bruce Gordon Hill, Reg. No. 25218-038

Dear Mr. Levenson:

This letter is a follow up to our discussion concerning the designation of the above-referenced individual by the Federal Bureau of Prisons (BOP). Specifically, you have requested information concerning the placement of Bruce Gordon Hill, Reg. No. 25218-038, at the Metropolitan Detention Center (MDC), in Brooklyn, New York.

Bureau of Prisons' designation decisions are based in part on Bureau of Prisons Program Statement 5100.07, <u>Security Designation and Custody Classification Manual</u>, (available at www.bop.gov). Although the BOP identifies MDC Brooklyn as primarily a short term facility designed to house pretrial and unsentenced detainees who are going through the judicial process, the institution also houses approximately 365 minimum and low security level inmates assigned to a work-cadre. These inmates, housed in a separate housing unit, provide a needed work force of individuals. The inmates are afforded access to educational programs and privileges as other inmates housed at MDC Brooklyn and in compliance with Bureau policy.

A review of Mr. Hill's designation, indicates the Court recommended that he be placed a facility near Devens or family. Due to population pressures at that time, MDC Brooklyn provided the most appropriate facility with bed space available. If Mr. Hill is not satisfied with any aspect of his BOP incarceration, he may file a grievance through the BOP's administrative remedy program. See 28 C.F.R. § 542.10 et. seq.

Paul Levenson, Esq.
Assistant U.S. Attorney
District of Massachusetts
March 1, 2006
Page Two


If you have any additional questions or concerns please feel free to give me a call at 215-521-7376.

Sincerely,

Michael D. Tafelski
Deputy Regional Counsel